IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RONALD COLLINS**                                                                                                    **PLAINTIFF**

V.                                                    2:22CV00029 JM

**JAMES WALKER**, *et al.*                                                                                 **DEFENDANTS**

## ORDER

Plaintiff Ronald Collins's motion to proceed *in forma pauperis* is granted. He reports living on social security disability. *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

The law requires that I screen the Complaint. 28 U.S.C. § 1915(e)(2). "A *pro se* plaintiff must set forth enough factual allegations to 'nudge [ ] their claims across the line from conceivable to plausible,' or 'their complaint must be dismissed' for failing to state a claim upon which relief can be granted." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 569-70 (2007); *see also Aschroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."). Regardless of whether a plaintiff is represented or is appearing *pro se*, the plaintiff's complaint must allege specific facts sufficient to state a claim. *See Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cir. 1985).

In a two sentence argument, Collins contends defendants were "irresponsible in their medical procedures" on him, but he offers no specifics other than his belief that his "human flesh, soul, and spirit" were violated. (Doc. 2 at 4-5). Collins seeks $13 billion in damages. (Doc. 2 at 4).

2

The Court lacks jurisdiction over this case. Diversity jurisdiction does not exist as all parties are Arkansans or incorporated therein. See 28 U.S.C. § 1332. And, Collins has not pleaded a federal claim. See 28 U.S.C. § 1331. As a result, his Complaint is completely conclusory and unsupported by argument and fails as a matter of law.

The Complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE