**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**RONALD COLLINS**                                                                                 **PLAINTIFF**

**V.**                                          **2:22CV00029 JM**

**JAMES WALKER,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 25th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE